## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 15-cv-00944-CMA-CBS

BETH V. ALLEN, individually and as the parent of Harold Waymond Adcock, III, deceased,

    Plaintiff,

v.

JOHN AUSTIN ALTHOUSE,
HCT DEVELOPMENT, LLC,
BRIDGE STREET RESTAIURANT ASSOCIATES, LTD., d/b/a Vendetta's Restaurants, Inc.,
VAIL NIGHTCLUBS, INC., d/b/a Samana Lounge, and
JOHN DOE CORPORATIONS 1- 10,

    Defendants.

## ORDER GRANTING STIPULATION OF DISMISSAL
## OF DEFENDANT VAIL NIGHTCLUBS, INC.

This matter is before the Court on the parties' Stipulation of Dismissal of All Claims Against Defendant Vail Nightclubs, Inc. (Doc. #45). The Court has reviewed the Stipulation and ORDERS as follows:

Defendant Vail Nightclubs, Inc. is hereby DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that each party shall bear their own attorney's fees and costs. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Vail Nightclubs, Inc.

DATED January 21, 2016

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge