**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 15-cv-00944-CMA-CBS

BETH V. ALLEN, individually and as the parent of Harold Waymond Adcock, III, deceased,

      Plaintiff,

v.

JOHN AUSTIN ALTHOUSE,
HCT DEVELOPMENT, LLC,
BRIDGE STREET RESTAURANT ASSOCIATES, LTD., d/b/a Vendetta's Restaurants, Inc., and
JOHN DOE CORPORATIONS 1- 10,

      Defendants.

---

**ORDER GRANTING STIPULATION OF DISMISSAL
OF DEFENDANT JOHN AUSTIN ALTHOUSE**

---

      This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice as to Defendant John Austin Althouse (Doc. #47).  The Court has reviewed the Stipulation and ORDERS as follows:

      Defendant John Austin Althouse  is hereby DISMISSED WITH PREJUDICE.  It is

      FURTHER ORDERED that each party shall bear their own attorney's fees and costs. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of John Austin Althouse.

DATED January 25, 2016

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge