IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 15-cv-00944-CMA-CBS

BETH V. ALLEN, individually and as the parent of Harold Waymond Adcock, III, deceased,

    Plaintiff,

v.

HCT DEVELOPMENT, LLC,
BRIDGE STREET RESTAIURANT ASSOCIATES, LTD., d/b/a Vendetta's Restaurants, Inc., and
JOHN DOE CORPORATIONS 1- 10,

    Defendants.

---

**ORDER GRANTING STIPULATION OF DISMISSAL
OF DEFENDANT BRIDGE STREET RESTAURANT ASSOCIATES, LTD.**

---

    This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice of all Claims Against Defendant Bridge Street Restaurant Associates, Ltd. (Doc. #49). The Court has reviewed the Stipulation and ORDERS as follows:

    Defendant Bridge Street Restaurant Associates, Ltd. is hereby DISMISSED WITH PREJUDICE. It is

    FURTHER ORDERED that each party shall bear their own attorney's fees and costs. It is

2

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Defendant Bridge Street Restaurant Associates, Ltd.

DATED: March 8, 2016

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge