## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 15-cv-00944-CMA-CBS

BETH V. ALLEN, individually and as the parent of Harold Waymond Adcock, III, deceased,

    Plaintiff,

v.

HCT DEVELOPMENT, LLC,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with the Stipulation for Dismissal With Prejudice (Doc. # 51), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE as to Defendant HCT Development, LLC, each party to pay its own attorneys' fees and costs.

DATED:  March 31, 2016

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge